ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 DEC 10 PM 4:14

CLERK OF COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 13-cv-00753-A |
| INET AIRPORT SYSTEMS, INC.; MICHAEL F. COLACO; and HARTFORD FIRE INSURANCE COMPANY, | § § § § § § | |
| Defendants. | § | |

**RULE 15(a)(2) STIPULATION PROVIDING CONSENT
FOR DEFENDANTS TO FILE FIRST AMENDED ANSWER**

Plaintiff The Dallas/Fort Worth International Airport Board ("DFW") and Defendants, Inet Airport Systems, Inc., Michael F. Colaco, and Hartford Fire Insurance Company (collectively, "Defendants") respectfully stipulate as follows:

WHEREAS, on December 4, 2014, the parties conferred regarding Defendants' intention to file a motion for leave to file their first amended answer, and DFW was opposed to such motion at that time;

WHEREAS, on December 8, 2014, Defendants filed their Motion for Leave to File First Amended Answer to Plaintiff's First Amended Complaint (Doc. 33), after which the parties conferred again concerning the motion for leave; and

WHEREAS, DFW now consents to permit Defendants to file their First Amended Answer pursuant to Federal Rule of Civil Procedure 15(a)(2), rendering Defendants' motion for leave unnecessary.

**THEREFORE**, the parties stipulate and agree that Defendants may file their First Amended Answer to Plaintiff's First Amended Complaint.

1

IT IS SO STIPULATED.

Dated: December 10, 2014.

Respectfully submitted,

/s/ Joe D. Tolbert
Joe D. Tolbert
Texas Bar No. 20105502
jtolbert@hfblaw.com
HARRIS, FINLEY & BOGLE, P.C.
777 Main Street, Suite 1800
Fort Worth, TX 76102
Tel. (817) 870-8700
Fax (817)-332-6121

/s/ Luis A. Galindo
Luis A. Galindo
Texas Bar No. 07579600
luisgalindo-pllc@sbcglobal.net
LUIS A. GALINDO
306 West 7th Street, Suite 600
Fort Worth, TX 76102
Tel. (817) 335-5722
Fax (817) 877-3723

ATTORNEYS FOR PLAINTIFF
DALLAS/FORT WORTH
INTERNATIONAL AIRPORT BOARD

/s/ David A. Walton
David A. Walton
Texas Bar No. 24042120
dwalton@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
1700 Pacific Ave., Suite 4400
Dallas, TX 75201
Tel. (214) 237-4300
Fax (214) 237-4340

Craig A. Taggart*
California Bar No. 239168
ctaggart@sycr.com
STRADLING YOCCA CARLSON & RAUTH PC
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
Tel. (949) 725-4000
Fax (949) 725-4100
*Pro Hac Vice Admission

ATTORNEYS FOR DEFENDANTS
INET AIRPORT SYSTEMS, INC.,
MICHAEL F. COLACO, AND HARTFORD
FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Rule 15(a)(2) Stipulation Providing Consent for Defendants to File First Amended Answer* was sent to the following attorneys of record by hand delivery on December 10, 2014.

Joe D. Tolbert
HARRIS, FINLEY & BOGLE, PC
777 Main Street, Suite 1800
Fort Worth, TX 76102
Fax (817) 332-6121

Luis A. Galindo
306 West 7th Street, Suite 600
Fort Worth, TX 76102
Fax (817) 877-3723

*Attorneys for Plaintiff*
*The Dallas/Fort Worth International Airport Board*

David A. Walton